AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Brenda Bell, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>Royal Seas Cruises, Inc., a Florida corporation<br><br>*Defendant(s)* | 19-cv-60752-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Royal Seas Cruises, Inc.
c/o Registered Agent, Christina Heyden
1770 NW 64th Street
Suite 600
Fort Lauderdale, Florida 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Office of Ryan S. Shipp, PLLC
Ryan S. Shipp, Esq. (FL Bar Number 52883)
814 W. Lantana Rd. Suite 1,
Lantana, Florida 33462
(561) 699-0399
Email: Ryan@shipplawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 22, 2019

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court