# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: Case No. 0:19-cv-60752

Brenda Bell, et al.,

    Plaintiff,

v.

Royal Seas Cruises, Inc., a Florida corporation,

    Defendant.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Patrick H. Peluso of the law firm of Woodrow & Peluso, LLC, for purposes of appearance as co-counsel on behalf of Plaintiff Brenda Bell in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Patrick H. Peluso to receive electronic filings in this case, and in support thereof states as follows:

    1.    Patrick H. Peluso is not admitted to practice in the Southern District of Florida and is a member in good standing of the Supreme Court of Colorado.

    2.    Movant, Ryan S. Shipp, Esquire, of the law firm of Law Office of Ryan S. Shipp, PLLC, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Patrick H. Peluso has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Patrick H. Peluso, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Patrick H. Peluso at email address: ppeluso@woodrowpeluso.com.

WHEREFORE, Ryan S. Shipp, moves this Court to enter an Order permitting Patrick H. Peluso to appear before this Court on behalf of Plaintiff Brenda Bell, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Patrick H. Peluso.

Date: March 27, 2019                                  Respectfully submitted,

                                                                /s/ Ryan S. Shipp
Ryan S. Shipp
Florida Bar ID 52883
ryan@shipplawoffice.com
Law Office of Ryan S. Shipp, PLLC
814 Lantana Rd, Suite 1
Lake Worth, Florida 33462
Tel: 561-699-0399

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:19-cv-60752

Brenda Bell, et al.,

    Plaintiff,

v.

Royal Seas Cruises, Inc., a Florida corporation,

    Defendant.

_____ /

## CERTIFICATION OF PATRICK H. PELUSO

Patrick H. Peluso, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of Supreme Court of Colorado; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

    /s/ Patrick H. Peluso

    Patrick H. Peluso

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:19-cv-60752

Brenda Bell, et al.,

    Plaintiff,

v.

Royal Seas Cruises, Inc., a Florida corporation,

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Patrick H. Peluso, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Patrick H. Peluso, may appear and participate in this action on behalf of Plaintiff Brenda Bell.  The Clerk shall provide electronic notification of all electronic filings to Patrick H. Peluso, at ppeluso@woodrowpeluso.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record