UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (FT. LAUDERDALE)

Case No. 0:19-cv-60752-RAR – Ruiz

BRENDA BELL, individually and on behalf of others similarly situated

CLASS ACTION

    Plaintiff,

v.

ROYAL SEAS CRUISES, INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Attorney Gregg Strock of the law firm of GREENSPOON MARDER LLP hereby gives this Notice of Appearance as counsel for Defendant in this action. Copies of all future pleadings, notices, motions, orders and other documents filed in these proceedings should be served upon the undersigned.

DATED: May 9, 2019

Respectfully submitted,

By:   */s/ Gregg I. Strock*
Gregg I. Strock
Florida Bar No. 1010140
Jeffrey A. Backman
Florida Bar No. 662501
GREENSPOON MARDER LLP
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 491-1120
jeffrey.backman@gmlaw.com
khia.joseph@gmlaw.com
gregg.strock@gmlaw.com
marie.kusek@gmlaw.com

*Attorneys for Defendant*