UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-60752-RAR

**BRENDA BELL, Individually and on Behalf of All Others Similarly Situated**,

    Plaintiff,

v.

**ROYAL SEAS CRUISES, INC.**,

    Defendant.

_____/

## ORDER GRANTING STAY OF PRETRIAL DEADLINES

**THIS CAUSE** comes before the Court on the parties' Joint Motion to Temporarily Stay Proceedings and Abate Case Management Deadlines [ECF No. 23], filed on July 19, 2019. The Court having reviewed the Motion, and being otherwise duly advised in the premises, it is

**ORDERED and ADJUDGED** as follows:

1. The Motion is GRANTED.

2. The case is temporarily stayed and all case management deadlines are abated, except with regard to Defendant's pending Motion to Compel Arbitration and to Dismiss Plaintiff's Class Action Complaint ("Defendant's Motion"), until the Court issues an order on Defendant's Motion.

3. Within ten (10) days of the Court's decision on Defendant's Motion, the parties shall meet and confer and, within five (5) days of such conference, shall propose a revised scheduling order to the Court.

4. The proposed revised scheduling order shall amend all the current deadlines by the amount of time that the stay is in place.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of July, 2019.

                                                    _____
                                                  **RODOLFO RUIZ**
                                                  **UNITED STATES DISTRICT JUDGE**

cc: Counsel of record