# Exhibit A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### Case No. 0:19-cv-60752-RAR

BRENDA BELL, individually and on behalf
of all others similarly situated,

    Plaintifff,                                          CLASS ACTION

v.

ROYAL SEAS CRUISES, INC., a Florida
corporation,

    Defendant.

_____ /

### DECLARATION OF BRENDA BELL

I, Brenda Bell, declare the following under penalty of perjury:

1. I am an adult over 18 years of age.

2. I have personal knowledge of the facts set forth herein. I could and would testify to them if called upon to do so.

3. In the above-captioned matter, I am the plaintiff and I seek to represent the putative classes.

4. This declaration is made in support of the concurrently filed Opposing Memorandum of Law in Response to Defendant's Motion to Compel Arbitration and Dismiss Plaintiff's Class Action Complaint.

5. I registered my phone number ending in 3250 on the National Do Not Call Registry on July 8, 2015. I have never removed it from the Registry.

6. I never visited http://www.consumerproductsusa.com prior to Defendant's identification of the website in its motion filed on June 25, 2019. I never authorized another person to visit it on my behalf.

7. I have never filled out a survey on or agreed to any contract or contract terms on http://www.consumerproductsusa.com, nor have I ever authorized another person to do so on my behalf.

8. Although my name, phone number, mailing address, email address, and date of birth as they appear in paragraphs 11 and 12 of the Bhadania Affidavit are correct, I did not provide any such personal information to Defendant prior to this action, and I never provided such information to http://www.consumerproductsusa.com.

9. I have never provided my name, phone number, mailing address, email address, or date of birth as part of any online sweepstakes.

10. I have never participated in an online sweepstakes, nor did I participate in an online sweepstakes on September 11, 2018.

11. I have never traveled to Detroit, Michigan or Akron, Ohio. On September 11, 2018, I was not in Detroit, Michigan or Akron, Ohio.

12. If a person did enter my name, phone number, mailing address, email address, and/or date of birth into a website on September 11, 2018, I do not know who did so or why they did so. I did not authorize anyone to enter such information into a website on my behalf.

Respectfully submitted,

Dated: 07 / 12 / 2019

_____
Brenda Bell