**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-60752-RAR**

**BRENDA BELL,** individually and on behalf of others similarly situated,

    Plaintiff,

v.

**ROYAL SEAS CRUISES, INC.**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Settlement [ECF No. 46], filed on October 8, 2020, indicating that the parties have reached an agreement resolving this matter. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of October 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**