**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-60752-RAR**

**BRENDA BELL,** individually and on
behalf of others similarly situated,

    Plaintiff,

v.

**ROYAL SEAS CRUISES, INC.**,

    Defendant.
_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal with Prejudice [ECF No. 48], filed on November 30, 2020.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED with prejudice** with each party bearing their own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 1st day of December, 2020.

                                                                **RODOLFO A. RUIZ II**
                                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record